UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., | No. 1:17-cv-00135-DAD-BAM |
| Plaintiff, | |
| v. | ORDER REGARDING DUTIES OF COUNSEL TO APPRISE THE COURT OF RELATED CASES |
| RANJIT S. MANN, | |
| Defendants. | |

Based on review of pending litigation in the Eastern District of California, it appears to this court that several cases in this district, and within this division, may involve the same or similar parties, properties, claims, events and/or questions of fact or law. Plaintiff's counsel in this matter is advised that if they have reason to believe that this case is related to any other action on file under Local Rule 123, they

> shall promptly file in each action and serve on all parties in each action a Notice of Related Cases. This notice shall set forth the title and number of each possibly related action, together with a brief statement of their relationship and the reasons why assignment to a single Judge and/or Magistrate Judge is likely to effect a savings of judicial effort and other economies.

Local Rule 123(b).

/////

/////

1

Accordingly, within seven days of the date of this order, plaintiff's counsel is directed to file a Notice of Related Cases in each case they believe is related under Local Rule 123. Additionally, to the extent practicable, counsel is encouraged to advise the court of whether and to what extent plaintiff expects to file additional related cases in this district.

IT IS SO ORDERED.

Dated:   **April 3, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE