UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RANJIT S. MANN, et al.,<br><br>Defendant. | No. 1:17-cv-00135-DAD-BAM<br><br>ORDER APPROVING JOINT STIPULATION OF DISMISSAL<br><br>(Doc. No. 22) |

On November 20, 2017, the parties filed a joint stipulation dismissing plaintiff's complaint and entire action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 22.) According to the parties' stipulation, they engaged in extensive settlement discussions and reached an agreement that plaintiff would dismiss this action with prejudice so long as certain terms are satisfied. (*Id.* at 2.) Good cause appearing and as agreed to by the parties, the court approves the parties' stipulation and orders as follows:

1. In light of the parties' stipulation this action has been dismissed with prejudice;
2. This court shall retain jurisdiction arising from or related to any future dispute over the parties' confidential settlement agreement.
3. The other terms of the settlement shall remain confidential;

1

4. The parties are to bear their own attorneys' fees and costs; and

5. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: __**December 4, 2017**__    _____/s/ Dale A. Drozd_____
UNITED STATES DISTRICT JUDGE